UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _16 2352 JJO_


UNITED STATES OF AMERICA,

v.

_RIEZA ZARRAB_

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

COMES NOW _LEE STAPLETON_ and
_ISABELLA DE LA GUARDIA_
files this temporary appearance as counsel for the above-named

defendant at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any personal surety bond

which may be set.

Counsel's Signature _Lee Stapleton_

Date: _3/21/16_

Counsel's Name **(Printed)** _LEE STAPLETON_
_ISABELLA DE LA GUARDIA_

**Florida Bar Number (Required)** _0356778_

Address _BAKER MCKENZIE_
_1111 BRICKELL AVE. SUITE 1200_   Zip Code: _33133_

Telephone _(305) 789-8905_