# MINUTE ORDER

Page 9

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 03/21/16     Time: 1:30 p.m.

Defendant: REZA ZARRAB     J#: 09135-104     Case #: 16-2352-O'SULLIVAN

AUSA: Jim Hayes     Attorney: Lee Stapleton -Temp-

Violation: INDICT/S/D/NY/CONSP TO DEFRAUD THE UNITED STATES     Surr/Arrest Date: 3/19/2016     YOB: 1983

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: ✓

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ✓ Turkish

Disposition:
Govt - ptd
Court -
Δ waived right to timely dtn hrg.
Court -
USM to give Δ's meds to BOP.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:   4/4   10 Am
PTD/Bond Hearing:   4/4   10 Am    4/4   10 Am
Prelim/Arraign or Removal:   4/4   10 Am
Status Conference RE: _____
D.A.R. 14:31:04     Time in Court: 5

s/John J. O'Sullivan     Magistrate Judge